**Order entered June 18, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00423-CV

## IN RE WANDA BOWLING, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-51274-2015**

## ORDER
Before Justices Schenck, Nowell, and Garcia

It has come to the Court's attention that relator has been deemed a vexatious litigant and is subject to a prefiling order, but the Court does not have an order from the local administrative judge allowing this original proceeding. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102. Accordingly, pursuant to section 11.1035 of the Texas Civil Practice and Remedies Code, this original proceeding is **STAYED** and will be dismissed without further notice unless, no later than **June 28, 2021**, relator obtains an order from the appropriate local

administrative judge permitting the filing of this original proceeding and files the

order with this Court. *See id.* 11.035(b).

/s/ DENNISE GARCIA
JUSTICE